UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DALTON DALE NIXON II,

      Defendant.

_____/

Case No. 24-cr-20261-7
Hon. Matthew F. Leitman

## ORDER PERMITTING WITHDRAWAL OF APPOINTED COUNSEL AND SUBSTITUTION OF RETAINED COUNSEL

This matter, having come before the Court on the Stipulation of the parties,

**IT IS HEREBY ORDERED** that Stacey M. Studnicki of the Federal Community Defender Office is permitted to withdraw from representation in the above matter and Doraid Elder is substituted as Counsel for Defendant based upon his appearance filed in the above-styled case.

    **IT IS SO ORDERED:**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2025

/s/ *Stacey M. Studnicki*  /s/ *Doraid Elder (with consent)*
Stacey M. Studnicki  1360 Porter St., Ste. 200
Federal Community Defender Office  Dearborn, MI 48124
613 Abbott Street, Suite 500  (313) 582-5800
Detroit, MI 48226
(313) 967-5856
Stacey_studnicki@fd.org